FILED

OCT 05 2016

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| RICARDO LUNA-DOMINGUEZ, | No. 15-16202 |
| Plaintiff-Appellant, | D.C. No. 2:14-cv-00292-GMN-CWH |
| v. | |
| BRIAN E. WILLIAMS; et al., | MEMORANDUM[*] |
| Defendants-Appellees. | |

Appeal from the United States District Court
for the District of Nevada
Gloria M. Navarro, Chief Judge, Presiding

Submitted September 27, 2016[**]

Before: TASHIMA, SILVERMAN, and M. SMITH, Circuit Judges.

Nevada state prisoner Ricardo Luna-Dominguez appeals pro se from the

district court's summary judgment in his 42 U.S.C. § 1983 action alleging due

process and equal protection claims. We have jurisdiction under 28 U.S.C. § 1291.

We review de novo. *Toguchi v. Chung*, 391 F.3d 1051, 1056 (9th Cir. 2004). We

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

affirm.

The district court properly granted summary judgment on Luna-Dominguez's due process claim because Luna-Dominguez failed to raise a genuine dispute of material fact as to whether some evidence supported the disciplinary decision. *See Superintendent v. Hill*, 472 U.S. 445, 455 (1985) (requirements of due process are satisfied if "some evidence" supports the disciplinary decision).

In his opening brief, Luna-Dominguez fails to address how the district court erred in granting summary judgment on his equal protection claims and thus this issue is waived. *See Smith v. Marsh*, 194 F.3d 1045, 1052 (9th Cir. 1999) ("[O]n appeal, arguments not raised by a party in its opening brief are deemed waived."); *see also Greenwood v. FAA*, 28 F.3d 971, 977 (9th Cir. 1994) ("We will not manufacture arguments for an appellant, and a bare assertion does not preserve a claim. . . .").

**AFFIRMED.**